# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

AARON COLLINS,                                                                               PLAINTIFF
ADC #111257

V.                                          No. 2:05CV00231 GH/JTR

MOSES JACKSON, Captain,
East Arkansas Regional Unit,
Arkansas Department of Correction                                                DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted and Judgment is entered in favor of Defendant on all claims set forth in this action. Dismissal of this action constitutes a "strike," as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 28th day of November, 2005.

_____
J. LEON HOLMES *for* GEORGE HOWARD, JR.
UNITED STATES DISTRICT JUDGE